IN THE MATTER OF THE EXTRADITION OF ALBERT
OWENS.

*Mr. Rudolph L. Zalowitz* for the petitioner.

*Mr. Edward J. Dolan* and *Mr. William D. Danberry* for the respondent.

December 11, 1961.   Denied.